**Order entered July 9, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00376-CR

**DAVID PAUL WHITNEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 064600**

## ORDER

Appellant's July 7, 2015 motion to extend the time to file appellant's brief is **GRANTED**. The time to file appellant's brief is **EXTENDED** to **THIRTY DAYS** from the date of this order.

/s/    LANA MYERS
         JUSTICE
